UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER REBOLLO ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:12-CV-01117-SNLJ |
| ) | |
| NCB MANAGEMENT SERVICES, INC. ) | |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action should be dismissed with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED:

/s/ Nathan K. Bader

NATHAN K. BADER #64707MO
RICHARD A. VOYTAS, Jr., #52046MO
JAMES W. EASON #57112MO
Eason & Voytas, LLC
1 North Taylor Avenue
St. Louis, Missouri 63108
Phone: (314) 932-1066
Fax:    (314) 667-3161

**SO ORDERED this 14th day of March, 2013.** _____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

The below signature certifies that on March 13, 2013 the foregoing was served by operation of the Court's electronic filing system to the following counsel of record:

Daniel W. Pisani
SESSIONS, FISHMAN, NATHAN, & ISRAEL, LLC
55 West Monroe, Suite 1120
Chicago, IL 60603
dpisani@sessions-law.biz

Christopher E. Meyer
PITZER SNODGRASS, P.C.
100 South Fourth St. Suite 400
St. Louis, MO 63102
cmeyer@rpslaw.com

/s/ Nathan K. Bader